422 A.2d 1162

Commonwealth v. Rodgers, Appellant.

Submitted April 12, 1979. Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.